898 F.2d 139
 Bass (Gerhard)
v.
Attardi (Sylvester), Carr (H. Thomas), Christina (Alice),
Cross (J. Thomas, Mayor), Kusic (Gregory F.), Levins
(Robert), Markovich (Andrew), Marrone (Michael), O'Brien
(Thomas, Councilman), O'Leary (Edward), Purcell (Madeline),
Schmidt (Wilbur), Kurtz (Frederick H.)
 NO. 89-5568
 United States Court of Appeals,
Third Circuit.
 FEB 23, 1990
 
 1
 Appeal From: D.N.J.;
 
 Appeal after remand 868 F.2d 45
 
 2
 AFFIRMED.